MARCH 4, 1985*

No. 84–1214.   CHARLES v. KENTUCKY.   Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 84–6049.   RAPHAEL-JOHNSON v. DISTRICT OF COLUMBIA. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–613.   UNITED STATES v. ROBINSON.   C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of United States v. Young, ante, p. 1. JUSTICE BRENNAN would deny certiorari.

(See No. 84–914, ante, p. 409.)

No. A–642.   BROWNLEE v. UNITED STATES.   D. C. Del. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–479.   IN RE DISBARMENT OF GOFFEN.   It is ordered that William Goffen, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–480.   IN RE DISBARMENT OF BLACK.   It is ordered that Warren J. Black, of New York City, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–481.   IN RE DISBARMENT OF GOLD.   It is ordered that Eugene Gold, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

---

*JUSTICE POWELL took no part in the consideration or decision of the orders announced on this date.